**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                              CASE NO.: 15-30791-KKS
                                    CHAPTER 13
SHARON DENISE ANDERSON

_____Debtor_____/

**CHAPTER 13 TRUSTEE'S**
**OBJECTION(S) TO CONFIRMATION OF**
**CHAPTER 13 PLAN, DOCKET NO.17**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby objects to
confirmation of Debtor(s)' Chapter 13 Plan (Docket No. 17) for
the following reasons:

1.    The Plan  states on its face that the approximate
distribution to unsecured creditors as ten cents per dollar.
However, this case does not meet the liquidation test unless
it is a full repayment plan to unsecured creditors with
interest since the Debtor(s) has an interest in real property
in Colorado Springs, Colorado.

2.    In the event that the plan distribution is not 100%
with interest, the Trustee would object to paying for the real
property in Colorado Springs, Colorado since the  2014 United
States Income Tax Return shows that the rental property does
not cover its monthly costs.

3.    In the event that the plan distribution is not 100% with interest, the Trustee would need documentation for the liens on the vehicles and the date the loan is completed.

4.    The Debtor(s)' Schedules reflect a claim secured by a lien on the Debtor(s)' residence which it appears may be paid by the Trustee.  The Trustee has not been provided with copies of documents which support a perfected security interest to determine if the claimant has a perfected security interest.  In addition, the Trustee has not been provided with a copy of the itemization of the pre-petition fees, costs and other charges, including any attorney's fees if applicable, which apply to this claim.  If the documents, through a Proof of Claim, or in another manner are provided to the Trustee, this objection to confirmation may be resolved or rendered moot.

5.    The Trustee has not been provided with a copy of the filed Certification from the Debtor(s) that all applicable federal, state and local tax returns, as required, have been filed and served on the Chapter 13 Trustee.

6.    The Chapter 13 Trustee has not been served with a copy of a filed Certification stating that Debtor(s) is current with domestic support obligations.

7.    The Trustee reserves her right to object to the Debtor(s)' income and expenses until after the time for filing

claims has expired in order to determine the true and accurate distribution to the unsecured creditors.

   **RESPECTFULLY SUBMITTED**.


                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                 OFFICE OF CHAPTER 13 TRUSTEE
                                 POST OFFICE BOX 646
                                 TALLAHASSEE, FL 32302
                                 ldhecf@earthlink.net
                                 (850) 681-2734 "Telephone"
                                 (850) 681-3920 "Facsimile"



                    **CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

SHARON DENISE ANDERSON
2603 PINTO LANE
CRESTVIEW, FL 32536

ROBERT R. MCDANIEL II
MCDANIEL & MCDANIEL, P.A.
103 N. DEVILLIERS STREET
PENSACOLA, FL 32502

on the same date as reflected on the Court's docket as the electronic filing date for this document.


                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                 OFFICE OF CHAPTER 13 TRUSTEE
August 21, 2015