UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                           CASE NO. 15-30791-KKS
                                                 CHAPTER 13
SHARON DENISE ANDERSON


_____Debtor._____/

**CHAPTER 13 TRUSTEE'S MOTION FOR ENTRY OF
STRICT COMPLIANCE ORDER AND NOTICE OF FIXING
<u>TIME TO FILE OBJECTIONS TO ENTRY OF ORDER</u>**

**THE FOLLOWING MOTION IS BEING FILED WITH THE COURT. AT THE EXPIRATION OF 30 DAYS FROM THE DATE OF THE DOCKETING OF THIS MOTION, A STRICT COMPLIANCE ORDER MAY BE ENTERED BY THE COURT, WITHOUT FURTHER NOTICE OR HEARING, UNLESS A PARTY IN INTEREST FILES AN OBJECTION TO THE ORDER AND A REQUEST FOR A HEARING, AND SERVES SAID OBJECTION ON THE:**

**CHAPTER 13 TRUSTEE,** and the **DEBTOR'S ATTORNEY**
LEIGH D. HART              ROBERT R. MCDANIEL II
P.O. BOX 646               MCDANIEL & MCDANIEL, P.A.
TALLAHASSEE, FL 32302      103 N. DEVILLIERS STREET
                           PENSACOLA, FL 32502

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion for Entry of Standard Strict Compliance Order and in support thereof, states as follows:

1.  The Debtor filed for Chapter 13 bankruptcy relief on Fri, July 24, 2015.

2.  The Debtor's first Plan payment was due to the Chapter 13 Trustee on or before Sun, August 23, 2015.

3. The Debtor is delinquent in payments to the Trustee. See Debtor's receipts attached as Exhibit "A".

**WHEREFORE,** the Chapter 13 Trustee requests that the Court enter a Strict Compliance Order if no objection is filed, and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

SHARON DENISE ANDERSON
2603 PINTO LANE
CRESTVIEW, FL 32536

ROBERT R. MCDANIEL II
MCDANIEL & MCDANIEL, P.A.
103 N. DEVILLIERS STREET
PENSACOLA, FL 32502

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
9/21/2015  4:35 pm CR_251     OFFICE OF CHAPTER 13 TRUSTEE

**EXHIBIT "A"**
**IF BLANK, THERE ARE NO RECEIPTS**

Receipts Paid

| Date | AMOUNT |
|---|---|

TOTAL AMOUNT PAID: