FORM orsc

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

| | |
|---|---|
| In Re:  Sharon Denise Anderson<br>         aka Sharon Denise Smith–Anderson, aka Sharon Smith<br>         SSN/ITIN: xxx–xx–3977<br>          Debtor | Bankruptcy Case No.:  15–30791–KKS<br><br>Chapter:  13<br>Judge:  Karen K. Specie |

### *ORDER DIRECTING STRICT COMPLIANCE*

**THIS CAUSE**, having come before the Court upon the Chapter 13 Trustee's Motion for Entry of Strict Compliance to which the Debtor(s) subsequently filed no objection;

***IT IS HEREBY ORDERED*** that:

1. The Debtor(s) shall pay the regular monthly Plan payments to the Trustee each and every month on a strict compliance basis.

2. Upon notification by the Trustee of non–payment of a Plan payment, this case shall stand dismissed without further notice or hearing.

3. If the Debtor(s) has an accrued delinquency as of the date of this Order, the Debtor(s) shall file the appropriate pleading to cure the delinquency within thirty (30) days or this case shall be automatically dismissed without further notice or hearing.

4. If the Debtor(s) has submitted a check which has been returned by the bank for non–sufficient funds or account closed, then the Debtor(s) shall not tender a personal check to the Trustee. Instead, Plan payments shall be made by certified funds or by Employer Payroll Deduction. The Debtor(s)' termination of the employer deduction and tendering of a personal check by the Debtor(s) shall constitute a violation of the Strict Compliance Order and the case will then be automatically dismissed without further notice or hearing.

5. The trustee shall serve this Order in accordance with the applicable Rules and file a certificate of service within three (3) days.

**DONE AND ORDERED** at Tallahassee, Florida, October 27, 2015.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge