## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:

SHARON DENISE ANDERSON                CASE NO. 15-30791-KKS
                                      CHAPTER 13

_____ Debtor. _____/

### CHAPTER 13 TRUSTEE'S NOTICE OF FILING RECORDS OF DEBTOR'S RECEIPTS AND NOTICE OF FAILURE TO COMPLY WITH STRICT COMPLIANCE ORDER AND REQUEST FOR ORDER DISMISSING CASE

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Filing Records of Debtor's Receipts and Notice of Failure to Comply with Strict Compliance Order and Request for Order Dismissing Case, and states:

1.    The Debtor is delinquent by violating the Strict Compliance Order entered on: Tuesday, October 27, 2015.

2.    Sufficient cause exists to dismiss this case as evidenced by the Receipts listed on the attached Exhibit "A".

**WHEREFORE,** the Trustee prays that the Court enter an Order dismissing the case, and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF THE CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

SHARON DENISE ANDERSON
2603 PINTO LANE
CRESTVIEW, FL 32536

AND

ROBERT R. MCDANIEL II
MCDANIEL & MCDANIEL, P.A.
103 N. DEVILLIERS STREET
PENSACOLA, FL 32502

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE

CR_200
11/23/2015  8:16 am

**EXHIBIT "A"**
**IF BLANK, THERE ARE NO RECEIPTS**

Receipts Paid:

Date                                                                                    AMOUNT

TOTAL AMOUNT PAID: