**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:

                                                                   CASE NO.: 15-30791-KKS
                                                                   CHAPTER 13

SHARON DENISE ANDERSON

      Debtor      /

**ORDER GRANTING CHAPTER 13 TRUSTEE'S**
**REQUEST FOR ORDER DISMISSING CASE (Doc. 32)**

**THIS CASE** came before the Court on the Chapter 13 Trustee's Notice of Filing Records of the Debtor(s)' Receipts and Notice of Failure to Comply with the Strict Compliance Order and Request that the Court enter an Order Dismissing Case (Doc. 32), and the court being fully advised;

**IT IS ORDERED** that:

1. The Chapter 13 Trustee's Request that the Court enter an Order Dismissing Case is GRANTED, and the Debtor(s)' Chapter 13 case is DISMISSED.

2. If the Court has entered an Order Confirming Plan and Order to Debtor(s), the Trustee is directed to pay any funds on hand to creditors.

3. If there has not been an Order Confirming Plan and Order to Debtor(s) entered by the Court, then the Court reserves jurisdiction solely to determine the fees and expenses for the Chapter 13 Trustee. The Chapter 13 Trustee shall then have fifteen (15) days in which to file an application for said fees. Upon the filing of said application for fees, or if no fee application is filed, then the Chapter 13 Trustee shall forthwith remit all

funds on hand, less the amounts requested for fees and expenses, to the Debtor(s).  The Trustee shall hold all funds not remitted to the Debtor(s) pending a hearing or Order to determine reasonable fees and expenses.

4.  The Debtor(s) is directed to immediately remit any unpaid filing fees, if due. The Court retains jurisdiction to collect all unpaid fees, and the Clerk is directed to pursue all available avenues to ensure the fees are collected.

**DONE AND ORDERED** on  25th day of November, 2015.

_____
KAREN K. SPECIE
U.S. BANKRUPTCY JUDGE

LEIGH D. HART, Chapter 13 Trustee, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.

THIS ORDER PREPARED BY:
LEIGH D. HART, ESQ.
CHAPTER 13 TRUSTEE
P. O. BOX 646
TALLAHASSEE, FL 32302